[No. 45954-6-I.   Division One.   September 4, 2001.]

RICHARD DVORAK, ET AL., *Appellants*, v. EUGENE H. KNAPP, JR.,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for
Whatcom County, No. 98-2-01646-5, David A. Nichols, J.,
entered January 7, 2000. *Affirmed* by unpublished opinion
per Grosse, J., concurred in by Becker, A.C.J., and Baker, J.

[No. 46253-9-I.   Division One.   September 4, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD SCOTT
GUERNSEY, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 99-1-08422-1, Jeanette R. Burrage, J., entered
March 3, 2000. *Affirmed* by unpublished per curiam opin-
ion.

[No. 46734-4-I.   Division One.   September 4, 2001.]

JON WELLS, *Appellant*, v. SCOTT FADER, *Defendant*, LINDA
AYERS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 99-2-22068-4, Richard A. Jones, J., entered
May 19, 2000. *Affirmed* by unpublished opinion per
Appelwick, J., concurred in by Kennedy and Cox, JJ.

[No. 46829-4-I.   Division One.   September 4, 2001.]

DAVID POWELL, *Appellant*, v. SPHERE DRAKE INSURANCE, P.L.C.,
*Respondent*.

Appeal from judgments of the Superior Court for King
County, No. 97-2-00356-3, J. Kathleen Learned, J., entered
March 7, 24, and May 15, 2000. *Affirmed* by unpublished
opinion per Appelwick, J., concurred in by Agid, C.J., and
Webster, J.